Edith E. Prettyman and her Husband, Appellants, v. Tampa Shores Development Company, et al., Appellees.

*Zewadski & Pierce,* for Appellants;

*McMullen & Draper,* for Appellee.

Walter Kitching, Appellant, v. Beachland Development Company, Appellee.

*James T. Vocelle,* for Appellant;

*James O. Watson* and *Abbot & Gaulden,* for Appellee.

E. H. Kellerman and Henry Crosby, Appellants, v. Chase & Company, Appellee.

*C. P. Diamond,* for Appellant.